a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DOUGLAS WAYNE GRAY** #2010020434, Plaintiff | CIVIL DOCKET NO. 1:22-CV-00132 SEC P |
| VERSUS | JUDGE DRELL |
| CITY OF WINNFIELD ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

### REPORT AND RECOMMENDATION

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983 (ECF No. 1) filed by pro se Plaintiff Douglas Wayne Gray ("Gray"). Gray is a detainee in the custody of the Winn Parish Sheriff's Office, housed at the Winn Parish Detention Center in Winnfield, Louisiana. He names as Defendants the City of Winnfield, Officer Victor Fobbs, Police Chief Johnny Ray Carpenter, and Warden Darlene Parks.

Because Gray failed to comply with the Court's Order to Amend (ECF No. 8), the Complaint should be DISMISSED WITHOUT PREJUDICE.

I. <u>Background</u>

Gray alleges he suffered injuries when Officer Fobbs hit him with the push bumper located on the front of his unit when he reportedly pressed the accelerator by mistake instead of the break. ECF No. 1 at 6. He also alleges that Defendants denied him adequate medical care. *Id.*

Gray was ordered to amend his Complaint to provide additional information to support his claim. ECF No. 8.

## II. Law and Analysis

A district court may dismiss an action for the plaintiff's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte*. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

Gray was ordered to amend his Complaint by April 25, 2022. ECF No. 8. To date, Gray has failed to comply with the Court's Order and has not requested an extension of time within which to do so.

## III. Conclusion

Because Gray has failed to comply with the Court's Order, IT IS RECOMMENDED that the Complaint (ECF No. 1) be DISMISSED WITHOUT PREJUDICE.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Tuesday, May 17, 2022.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE