UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DOUGLAS WAYNE GRAY<br>#2010020434,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-00132<br>SEC P |
| VERSUS | JUDGE DRELL |
| CITY OF WINNFIELD ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS, DONE AND SIGNED, at Alexandria, Louisiana, on this 3rd day of June 2022.

DEE D. DRELL SENIOR JUDGE
UNITED STATES DISTRICT COURT